$4.24
#7513
9/9/10

# LUCIEN A. MORIN, II
## CHAPTER 7 TRUSTEE
25 East Main Street
Rochester, New York 14614
Telephone: (585) 546-2500
Fax: (585) 546-7218
E-mail: zmcmw@aol.com

September 8, 2010

United States Bankruptcy Court
ATTN: Paula Finucane
1220 U.S. Courthouse
100 State Street
Rochester, NY 14614

    RE:    Eric Joseph Gertin & Theresa Grace Vath Gertin
              BK 09-22460
              Trustee Check #10009 for dividends under $5

Dear Paula:

    I enclose the Trustee's check #10009 in the amount of $4.24 for dividends under $5.00 for the following:

| Amount | Claim # | Creditor |
|---|---|---|
| $4.24 | 1 | American Infosource LP as agent for Target |

    If you have any questions, please call.

Very truly yours,

Lucien A. Morin, II
Chapter 7 Trustee

LAM/jmc
Enclosure


FILED
SEP - 9 2010
BANKRUPTCY COURT
ROCHESTER, NY